```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FELIX LEON,                                                  :
                                                             :
                              Plaintiff,                     :       19-CV-10655 (MKV) (RWL)
                                                             :
              - against -                                    :       **ORDER**
                                                             :
PONGSRI THAI RESTAURANT CORP., et al.,                       :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the conference held on April 5, 2021, the parties will file a joint letter by **April 19, 2021**, reporting status of settlement discussions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.