# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

April 19, 2021

**JOINT STATUS REPORT AND
REQUEST FOR EXTENSION OF TIME**

**BY ECF**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

Re: *Felix Leon v. Pongsri Thai Rest. Corp.*
Case No.: 19 Civ. 10655 (MKV) (RWL)

Dear Judge Lehrburger,

We are counsel for the plaintiff, and we write this correspondence jointly with defense counsel. In accordance with this Court's Order for a status report [Docket 25], the parties jointly write to request one (1) week to continue our settlement discussions and report again.

We ask the court to order another report in one (1) week either reporting that the parties have resolved the case, requesting a discovery deadline or requesting a further settlement conference with the court

On behalf of all parties, thank you for your consideration of this case.

Respectfully,

/s/ *Peter H. Cooper*
Peter H. Cooper

SO ORDERED:
4/19/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel (by ECF)