UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIX LEON,

                     Plaintiff,

       - against -

PONGSRI THAI RESTAURANT CORP., et al.,

                    Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2021

19-CV-10655 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having reported settlement in principle, the parties shall file the requisite *Cheeks* approval submission (cover letter, settlement agreement, and fee justification) by **May 27, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 27, 2021
       New York, New York

Copies transmitted this date to all counsel of record.