# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2021
```

May 24, 2021

**REQUEST FOR EXTENSION**

**BY ECF**

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Felix Leon v. Pongsri Thai Rest. Corp.*
    Case No.:    19 Civ. 10655 (RWL)

Dear Judge Lehrburger,

    We are counsel for the plaintiff, and we write this correspondence jointly with defense counsel to request two (2) additional weeks to file our request for approval of the settlement reached with the assistance of Your Honor. The agreement is presently due by May 27th [Docket 30]. The parties are finalizing the settlement agreement and getting it executed at this time and the short adjournment will not affect any pending deadlines or the payment schedule agreed upon by the parties.

    On behalf of all parties, thank you for your consideration of this case.

Respectfully,

/s/ *Peter H. Cooper*

Peter H. Cooper

cc:    Defense Counsel (by ECF)

SO ORDERED:
5/24/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE